**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **BASSFIELD IP LLC,** <br>                 Plaintiff, <br>   v. <br> **DAVID YURMAN ENTERPRISES LLC,** <br>                 Defendant. | C.A. No. 6:22-cv-00323-ADA <br><br> **JURY TRIAL DEMANDED** |

**DAVID YURMAN ENTERPRISES LLC'S UNOPPOSED**
**MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER**

Defendant David Yurman Enterprises LLC ("David Yurman") hereby requests that this Court enter an Amended Scheduling Order, in the form attached hereto. <u>Plaintiff does not oppose this Motion.</u>

Good cause exists for the following reasons. The parties are currently engaged in settlement negotiations, which, if successful, would obviate the need to proceed with the case in general and invalidity contentions and venue related briefing in particular. The parties have been engaging in good faith settlement negotiations and have made particular progress beginning in early August. Given that the parties may be nearing resolution, David Yurman requests an extension of the immediate pending deadlines so that the parties have additional time to reach resolution without incurring additional, potentially unnecessary, costs and expenses associated with the exchange of contentions and proceeding with venue related pleadings. Given the current state of the negotiations, a brief extension of two weeks for invalidity contentions and venue related discovery would be appropriate.

David Yurman therefore requests that the Court enter an Amended Scheduling Order that provides for the following:

1

- Extends the deadline for Defendant David Yurman to serve its preliminary invalidity contentions by two weeks, to 9/1/2022 (currently 8/18/2022).

- Extends the close of venue or jurisdictional discovery by two weeks, to 9/2/2022 (currently 8/19/2022).

David Yurman thus respectfully requests that this Court enter the proposed Joint Agreed Amended Scheduling Order in the form attached hereto.

Dated: August 18, 2022                                            Respectfully submitted,

                                                  **FISH & RICHARDSON P.C.**

By: */s/ Andria R. Crisler*
     Neil J. McNabnay
     macnabnay@fr.com
     Texas Bar No. 24002583
     Lance E. Wyatt
     wyatt@fr.com
     Texas Bar No. 24093397
     Andria R. Crisler
     crisler@fr.com
     Texas Bar No. 24093792

     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 (Telephone)
     (214) 747-2091 (Facsimile)

*Attorneys for Defendant*
*David Yurman Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on August 18, 2022, with a copy of this document via electronic mail.

                                                                */s/ Andria R. Crisler*
                                                                Andria R. Crisler